UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 02-cr-00271-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHRISTINE ACHENBACH,

        Defendant.

_____

## ORDER
_____

Upon consideration of Defendant Christine Achenbach's Unopposed Motion to Terminate Probation and Incorporated Memorandum of Points and Authority in Support Thereof **(#71)**, it is hereby

**ORDERED** that the Motion is granted.

Dated this 12th day of May 2006.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge